# EXHIBIT A

October 2, 2014

Jessica Blake

Dear Jessica,

Congratulations for completing your first month with VG LNG. We are excited and happy to have you on board and appreciate your significant contributions over the past month.

This letter supplements our employment offer letter to you dated August 22, 2014.

In appreciation for the quality of your work and to align our interests and as part of your compensation, we are pleased offer ten year options equivalent to 50 of our underlying Class A common shares of Venture Global LNG, Inc. (the "Options"), vesting over a three year period on a quarterly basis.

The measurement period for purposes of vesting will begin today, October 2, 2014 (for this option grant only) and end on the last day of your employment. The strike price will be $1,000 per share.

We anticipate a pro rata adjustment upon an initial public offering to both the strike price per share and the number of underlying shares. Other than described herein, the Options will be subject to the terms of the VG LNG company stock option plan that will be established in the future.

Kind Regards,

*[signatures]*

Michael and Bob