# EXHIBIT B

More
Prepared now

prepared now

value

175

50 options
GE price

Quarterly

Jan 1

75 K Bonus FID

VENTURE GLOBAL LNG

2014 / 2016
oct 2,
50   50
3 year   4 year
Grant agreements
Jan 1, 2020

–