# EXHIBIT C

September 16, 2024

Dear Bob and Mike,

Ten years ago, I started a job working with both of you that has changed my life. Building Venture Global into what it has become today has, throughout my time working here, been a mission that I have believed in, with a founder team – both of you -- who I have always implicitly trusted. I have invested hours, weeks, months and years of my time and effort in working to further the goals of Venture Global, our role in disrupting global commodities markets and in rebuilding a part of the world where I called home. I am now, aside from yourselves, the longest serving employee at the company.

Generations of my family come from the Gulf Coast, and I graduated from college in New Orleans the year after Hurricane Katrina. When I joined VG in 2014, it seemed like the perfect opportunity to apply my skills, knowledge and familiarity with the Louisiana/TX Gulf Coast region with what I had learned in business school and my entrepreneurial spirit to an endeavor with tremendous scale that could lift the people of the gulf coast. It has been truly incredible to have been part of building this company and our projects, almost from day one, and to see how far we've come – I will forever be proud.

Joining Venture Global as a start-up of course came with significant risk, so the company's grants of stock options to me was a critical factor in my decision to forgo recruitment through the MBA program at Chicago Booth, where I received my degree in 2016. The company's initial promise of options in addition to my base compensation and potential for cash bonus awards was a critical factor in my decision to accept my job offer on August 22, 2014, and the company's subsequent grants of options over the years (in total, representing the right to purchase 150 shares, all now vested) have been a significant factor in keeping me motivated to work each day to help build VG, despite the significant challenges that the last decade has brought. I have always viewed them as a critical part of my compensation.

I have attached a letter under separate cover expressing my clear intention to exercise, before their expiration, my 50 options granted to me in 2014. The company's offer to pay me $10,000 per option over a two-year period in exchange for me allowing the options to expire un-exercised, as communicated to me last week by General Counsel Keith Larson, is unacceptable as it would represent an enormous discount to fair market value of the options. The fair value of each option exercised has been established at $61,270 per share by PIMCO in the annual report dated 6/30/2024 for their Dynamic Income Strategy Fund, which holds 3,473 shares of VG with a stated value of $212,794,000.[1] Thus, a reasonable current valuation of each of my options is $61,270 minus my cost to exercise that option ($1,000).

---

[1] See p. 22 at https://fund-document-viewer-ui.pimco.com/DocumentViewer/Summary?id=Ym94ZmlsZWlkPTE2MzM2NjcyNzg4OTgmY291bnRyeWNvZG U9VVMmdXNlcnJvbGU9SU5EJmN1c2lwPTY5MzQ2TjEwNyZjbGllbnQ9V0VC

I remain deeply to committed to Venture Global and our mission of continuing to grow the company to benefit our shareholders, employees, the communities where we are creating jobs and improving lives, and the geopolitical energy balance. It is my sincere hope that I can continue working with both of you and the communities we are relying on to help make our goals realities. But it would be more than unfair to allow myself to be cheated out of the obvious value of options I have already been granted.

I ask that you respond to my requests in the attached letter by Monday September 23, 2024. If I do not hear from you by that date, I will presume that the company is unwilling to provide me the information or allow me to exercise the Options.

Sincerely,

*Jessica B Wickett*

Jessica B. Wickett