# EXHIBIT D

September 16, 2024

Dear Bob and Mike,

As I have communicated, I intend to exercise my 50 options granted to me in 2014. Accordingly, as referenced in Section 8.6 of the 2014 Stock Option Plan (Exhibit B hereto), please --

(i) provide me with "the form specified by the Company" for the exercise of the Options,

(ii) advise me as to whether such form should be sent to the Company or a designee, the name and address of the designee; and

(iii) advise me as to the amount (if any) of the federal and other taxes which the company may, in its judgment, be required to withhold with respect to the exercise of the Option, so that I will know the full payment amount for the exercise.

I ask that you provide the requested information by Monday September 23, 2024. If I do not hear from you by that date, I will presume that the company is unwilling to provide me the information or allow me to exercise the Options.

Sincerely,

*Jessica B Wickett*

Jessica B. Wickett