# EXHIBIT E

VENTURE GLOBAL **LNG**

Venture Global, Inc.
1001 19ᵗʰ Street North
Suite 1500
Arlington, Virginia 22209

O 202.759.6740
F 703.243.1813
www.venturegloballng.com

September 20, 2024

**Confidential**

Jessica Wickett


Re:     **Request to Exercise 50 Vested Stock Options**

Dear Jessica:

This letter is in response to your letter dated September 16, 2024 in which you express your intent to exercise fifty (50) vested stock options described in the non-qualified stock option agreement amended and restated effective June 12, 2017 prior to the expiration of those stock options on October 2, 2024.

Following receipt of your letter, the Compensation Committee of the company's Board of Directors met to consider your request, as their consent is required for any exercise prior to a Change in Control or an IPO.  I am writing to inform you that the Compensation Committee did not consent to the exercise of your stock options.  The Compensation Committee's decision was informed by and based on valid and compelling business reasons, and is consistent with all requests to exercise that it has received to date.

Because the Committee did not consent, there is no reason for you to receive the information that you requested in your letter at this time.


Sincerely,

Keith Larson
General Counsel