# EXHIBIT J

## Consolidated PIMCO Dynamic Income Strategy Fund
### Portfolio Holdings
### September 30, 2024 (Unaudited)

*Investors should consider the investment objectives, risks, charges and expenses of the funds carefully before investing. This and other information are contained in the fund's prospectus and summary prospectus, if available, which may be obtained by contacting your PIMCO representative. Please read them carefully before you invest or send money.*

| | RATE | MATURITY DATE | | AMOUNT OWNED | VALUE | % OF NET ASSETS |
|---|---|---|---|---|---|---|
| **INVESTMENTS IN SECURITIES** | | | | | | |
| **LOAN PARTICIPATIONS AND ASSIGNMENTS** | | | | | | |
| Adeia, Inc. | 7.961% | 06/08/2028 | $ | 2,584,382 | $ 2,589,241 | 0.226% |
| Advisor Group, Inc. | 8.845% | 08/17/2028 | $ | 3,000,000 | 2,971,395 | 0.260% |
| AI Silk Midco Ltd. | 8.351% | 03/04/2031 | EUR | 3,000,000 | 3,328,762 | 0.291% |
| AL GCX Holdings LLC | 7.868% | 05/17/2029 | $ | 99,488 | 99,819 | 0.009% |
| Aligned Data Centers International LP | 8.426% | 05/16/2028 | $ | 5,000,000 | 4,977,838 | 0.435% |
| Apro LLC | 8.868% | 07/09/2031 | $ | 5,500,000 | 5,525,795 | 0.483% |
| BDO U.S.A. PC | 10.845% | 08/31/2028 | $ | 4,489,796 | 4,534,694 | 0.396% |
| Caesars Entertainment, Inc. | 7.595% | 02/06/2031 | $ | 2,985,000 | 2,989,433 | 0.261% |
| Castlelake Aviation Ltd. | 7.697% | 10/22/2027 | $ | 2,947,500 | 2,961,633 | 0.259% |
| Chobani LLC | 8.595% | 10/25/2027 | $ | 2,977,500 | 2,990,154 | 0.261% |
| Comexposium | 1.138% - 4.414% | 03/28/2025 | EUR | 1,000,000 | 1,280,122 | 0.112% |
| Comexposium | 4.969% | 03/28/2026 | EUR | 1,024,654 | 1,311,682 | 0.115% |
| CoreWeave Compute Acquisition Co. LLC | TBD% | 05/16/2029 | $ | 5,400,000 | 5,403,245 | 0.472% |
| Cotiviti, Inc. | 8.451% | 05/01/2031 | $ | 2,985,000 | 2,986,866 | 0.261% |
| Covanta Holding Corp. | 5.588% - 7.588% | 11/30/2028 | $ | 2,992,872 | 2,998,723 | 0.262% |
| Dye & Durham Corp. | 8.954% | 04/11/2031 | $ | 2,392,857 | 2,407,813 | 0.210% |
| EPIC Y-Grade Services LP | 11.068% | 06/29/2029 | $ | 3,325,000 | 3,320,229 | 0.290% |
| Forward Air Corp. | 9.752% | 12/19/2030 | $ | 1,736,000 | 1,726,669 | 0.151% |
| Frontier Communications Corp. | 8.763% | 07/01/2031 | $ | 2,700,000 | 2,723,625 | 0.238% |
| Gateway Casinos & Entertainment Ltd. | 12.531% | 10/18/2027 | CAD | 3,166,228 | 2,376,222 | 0.208% |
| Gateway Casinos & Entertainment Ltd. | 13.221% | 10/15/2027 | $ | 1,809,114 | 1,836,250 | 0.160% |
| GBT U.S. LLC | 8.279% | 07/25/2031 | $ | 4,000,000 | 3,996,660 | 0.349% |
| Global Medical Response, Inc. | 10.461% | 10/31/2028 | $ | 2,382,351 | 2,372,488 | 0.207% |
| Harp Finco Ltd. | TBD% | 01/30/2032 | GBP | 3,864,857 | 5,063,779 | 0.442% |
| iHeartCommunications, Inc. | 7.960% | 05/01/2026 | $ | 2,900,000 | 2,521,043 | 0.220% |
| ITT Holdings LLC | 7.945% | 10/11/2030 | $ | 2,992,481 | 2,999,962 | 0.262% |
| Janus International Group LLC | 7.345% | 08/03/2030 | $ | 4,800,000 | 4,808,256 | 0.420% |
| JSG, Inc. | TBD% | 06/29/2026 | $ | 200,000 | 200,125 | 0.018% |
| JSG, Inc. | 9.445% | 06/29/2026 | $ | 797,895 | 798,393 | 0.070% |
| Kohler Energy Co. LLC | 9.354% | 05/01/2031 | $ | 1,995,000 | 2,016,197 | 0.176% |
| LABL, Inc. | 9.945% | 10/29/2028 | $ | 4,987,179 | 4,884,568 | 0.427% |
| LC Ahab U.S. Bidco LLC | 8.345% | 05/01/2031 | $ | 5,000,000 | 5,028,150 | 0.439% |
| LifePoint Health, Inc. | 10.054% | 11/16/2028 | $ | 6,666,542 | 6,671,542 | 0.583% |
| Matador Bidco SARL | 9.095% | 07/30/2029 | $ | 2,500,000 | 2,506,775 | 0.219% |
| MI Windows and Doors LLC | 8.345% | 03/28/2031 | $ | 2,493,750 | 2,501,194 | 0.218% |
| Mitnick Corporate Purchaser, Inc. | 9.852% | 05/02/2029 | $ | 4,278,228 | 3,825,014 | 0.334% |
| Modena Buyer LLC | 9.104% | 07/01/2031 | $ | 5,000,000 | 4,798,450 | 0.419% |
| OEG Bridge | 8.185% | 07/23/2025 | EUR | 4,000,000 | 4,452,598 | 0.389% |
| Phoenix Guarantor, Inc. | 8.095% | 02/21/2031 | $ | 3,989,975 | 3,983,731 | 0.348% |
| Polaris Newco LLC | 9.514% | 06/02/2028 | $ | 4,987,147 | 4,910,544 | 0.429% |
| Poseidon Bidco SASU | TBD% | 03/13/2030 | EUR | 3,000,000 | 2,590,160 | 0.226% |
| Project Alpha Intermediate Holding, Inc. | 9.002% | 10/28/2030 | $ | 3,980,000 | 3,993,333 | 0.349% |

1

| Issuer | Rate | Maturity | Currency | Principal | Value | % |
|---|---|---|---|---|---|---|
| Promotora de Informaciones SA | 8.898% | 12/31/2026 | EUR | 2,400,000 | 2,649,291 | 0.231% |
| PUG LLC | 9.595% | 03/15/2030 | $ | 2,948,088 | 2,950,535 | 0.258% |
| Rockpoint Gas Storage Partners LP | TBD% | 09/12/2031 | $ | 3,000,000 | 2,991,255 | 0.261% |
| SCUR-Alpha 1503 GmbH | TBD% | 03/29/2030 | $ | 1,995,000 | 1,906,721 | 0.167% |
| Star Parent, Inc. | 8.354% | 09/27/2030 | $ | 4,987,469 | 4,859,989 | 0.424% |
| Steenbok Lux Finco 2 SARL | 10.000% | 06/30/2026 | EUR | 10,294,444 | 3,943,932 | 0.344% |
| Subcalidora 2 SARL | 9.095% | 08/14/2029 | EUR | 3,338,064 | 3,641,449 | 0.318% |
| Syniverse Holdings, Inc. | 11.604% | 05/13/2027 | $ | 5,564,521 | 5,509,571 | 0.481% |
| Teneo Holdings LLC | 9.595% | 03/13/2031 | $ | 2,288,500 | 2,302,094 | 0.201% |
| TGP Holdings III LLC | 8.195% | 06/29/2028 | $ | 2,938,635 | 2,778,979 | 0.243% |
| Triton Water Holdings, Inc. | 8.604% | 03/31/2028 | $ | 3,980,000 | 3,984,975 | 0.348% |
| U.S. Renal Care, Inc. | 9.960% | 06/20/2028 | $ | 4,379,373 | 4,009,316 | 0.350% |
| Unicorn Bay | 13.000% | 12/31/2026 | HKD | 31,155,074 | 4,032,492 | 0.352% |
| Upfield BV | 8.178% | 01/03/2028 | EUR | 5,500,000 | 6,126,148 | 0.535% |
| Varsity Brands, Inc. | 8.821% | 08/26/2031 | $ | 4,000,000 | 3,977,920 | 0.347% |
| Wand NewCo 3, Inc. | 8.095% - 8.105% | 01/30/2031 | $ | 5,000,000 | 5,000,000 | 0.437% |
| WaterBridge Midstream Operating LLC | 9.603% | 05/10/2029 | $ | 4,000,000 | 3,998,140 | 0.349% |
| **CORPORATE BONDS & NOTES** | | | | | | |
| **BANKING & FINANCE** | | | | | | |
| Banca Monte dei Paschi di Siena SpA | 10.500% | 07/23/2029 | EUR | 2,100,000 | 2,875,277 | 0.251% |
| Brandywine Operating Partnership LP | 8.300% | 03/15/2028 | $ | 2,000,000 | 2,158,258 | 0.189% |
| Brandywine Operating Partnership LP | 8.875% | 04/12/2029 | $ | 800,000 | 884,934 | 0.077% |
| Burford Capital Global Finance LLC | 9.250% | 07/01/2031 | $ | 4,100,000 | 4,417,139 | 0.386% |
| Charles River Re Ltd. | 11.296% | 05/10/2031 | $ | 1,900,000 | 1,960,040 | 0.171% |
| EPR Properties | 3.750% | 08/15/2029 | $ | 3,100,000 | 2,900,538 | 0.253% |
| Fortress Transportation & Infrastructure Investors LLC | 7.000% | 05/01/2031 | $ | 5,000,000 | 5,274,685 | 0.461% |
| GA Global Funding Trust | 2.900% | 01/06/2032 | $ | 2,700,000 | 2,347,394 | 0.205% |
| HAT Holdings LLC | 8.000% | 06/15/2027 | $ | 5,000,000 | 5,303,160 | 0.463% |
| Integrity Re Ltd. | 21.546% | 06/08/2026 | $ | 650,000 | 689,748 | 0.060% |
| Integrity Re Ltd. | 27.546% | 06/08/2026 | $ | 650,000 | 698,295 | 0.061% |
| Ladder Capital Finance Holdings LLLP | 7.000% | 07/15/2031 | $ | 3,000,000 | 3,183,705 | 0.278% |
| Panama Infrastructure Receivable Purchaser PLC | 0.000% | 04/05/2032 | $ | 8,298,000 | 5,805,737 | 0.507% |
| Piedmont Operating Partnership LP | 6.875% | 07/15/2029 | $ | 4,000,000 | 4,205,913 | 0.367% |
| Sammons Financial Group, Inc. | 6.875% | 04/15/2034 | $ | 5,000,000 | 5,353,348 | 0.468% |
| Starwood Property Trust, Inc. | 7.250% | 04/01/2029 | $ | 2,700,000 | 2,834,492 | 0.248% |
| Winston RE Ltd. | 14.796% | 02/26/2027 | $ | 1,000,000 | 1,047,600 | 0.092% |
| Winston RE Ltd. | 16.296% | 02/26/2031 | $ | 1,000,000 | 1,051,450 | 0.092% |
| **INDUSTRIALS** | | | | | | |
| Altice France Holding SA | 8.000% | 05/15/2027 | EUR | 1,800,000 | 626,147 | 0.055% |
| Altice France Holding SA | 10.500% | 05/15/2027 | $ | 2,400,000 | 832,483 | 0.073% |
| American Builders & Contractors Supply Co., Inc. | 3.875% | 11/15/2029 | $ | 4,600,000 | 4,304,312 | 0.376% |
| Arcosa, Inc. | 6.875% | 08/15/2032 | $ | 4,000,000 | 4,189,616 | 0.366% |
| BCPE Empire Holdings, Inc. | 7.625% | 05/01/2027 | $ | 2,550,000 | 2,560,690 | 0.224% |
| Caesars Entertainment, Inc. | 6.500% | 02/15/2032 | $ | 3,000,000 | 3,105,117 | 0.271% |
| Capstone Borrower, Inc. | 8.000% | 06/15/2030 | $ | 3,576,000 | 3,792,394 | 0.331% |
| Cloud Software Group, Inc. | 6.500% | 03/31/2029 | $ | 4,400,000 | 4,381,570 | 0.383% |
| Clydesdale Acquisition Holdings, Inc. | 8.750% | 04/15/2030 | $ | 5,500,000 | 5,590,464 | 0.488% |
| CNX Midstream Partners LP | 4.750% | 04/15/2030 | $ | 2,300,000 | 2,152,253 | 0.188% |
| Community Health Systems, Inc. | 5.625% | 03/15/2027 | $ | 5,700,000 | 5,613,435 | 0.490% |
| DISH DBS Corp. | 5.250% | 12/01/2026 | $ | 4,800,000 | 4,444,792 | 0.388% |
| DISH DBS Corp. | 5.750% | 12/01/2028 | $ | 5,200,000 | 4,553,099 | 0.398% |
| DISH Network Corp. | 11.750% | 11/15/2027 | $ | 2,500,000 | 2,625,863 | 0.229% |
| Dye & Durham Ltd. | 8.625% | 04/15/2029 | $ | 2,500,000 | 2,646,898 | 0.231% |
| Garda World Security Corp. | 7.750% | 02/15/2028 | $ | 2,000,000 | 2,075,646 | 0.181% |
| Global Partners LP | 8.250% | 01/15/2032 | $ | 200,000 | 207,618 | 0.018% |
| GYP Holdings Corp. | 4.625% | 05/01/2029 | $ | 4,300,000 | 4,103,202 | 0.358% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Howard Midstream Energy Partners LLC | 7.375% | 07/15/2032 | $ | 3,700,000 | 3,835,054 | 0.335% |
| Howard Midstream Energy Partners LLC | 8.875% | 07/15/2028 | $ | 800,000 | 849,142 | 0.074% |
| Intelligent Packaging Ltd. Finco, Inc. | 6.000% | 09/15/2028 | $ | 4,000,000 | 3,976,084 | 0.347% |
| Intelsat Jackson Holdings SA | 6.500% | 03/15/2030 | $ | 1,547,000 | 1,483,997 | 0.130% |
| Inter Media & Communication SpA | 6.750% | 02/09/2027 | EUR | 3,073,308 | 3,476,818 | 0.304% |
| JetBlue Airways Corp. | 9.875% | 09/20/2031 | $ | 2,800,000 | 2,952,012 | 0.258% |
| KBR, Inc. | 4.750% | 09/30/2028 | $ | 3,500,000 | 3,349,654 | 0.293% |
| Kodiak Gas Services LLC | 7.250% | 02/15/2029 | $ | 4,000,000 | 4,142,732 | 0.362% |
| Kraken Oil & Gas Partners LLC | 7.625% | 08/15/2029 | $ | 5,700,000 | 5,697,496 | 0.498% |
| LABL, Inc. | 8.625% | 10/01/2031 | $ | 3,000,000 | 2,980,403 | 0.260% |
| Masterbrand, Inc. | 7.000% | 07/15/2032 | $ | 2,700,000 | 2,831,819 | 0.247% |
| Matador Resources Co. | 6.250% | 04/15/2033 | $ | 4,000,000 | 3,942,912 | 0.344% |
| Mavis Tire Express Services Topco Corp. | 6.500% | 05/15/2029 | $ | 4,000,000 | 3,846,948 | 0.336% |
| McGraw-Hill Education, Inc. | 7.375% | 09/01/2031 | $ | 3,500,000 | 3,634,253 | 0.317% |
| Mineral Resources Ltd. | 9.250% | 10/01/2028 | $ | 4,000,000 | 4,264,155 | 0.372% |
| Miter Brands Acquisition Holdco, Inc. | 6.750% | 04/01/2032 | $ | 2,500,000 | 2,593,128 | 0.226% |
| NCR Corp. | 5.250% | 10/01/2030 | $ | 4,400,000 | 4,291,095 | 0.375% |
| New Fortress Energy, Inc. | 8.750% | 03/15/2029 | $ | 2,290,000 | 1,726,006 | 0.151% |
| Newfold Digital Holdings Group, Inc. | 6.000% | 02/15/2029 | $ | 500,000 | 335,448 | 0.029% |
| Newfold Digital Holdings Group, Inc. | 11.750% | 10/15/2028 | $ | 3,800,000 | 3,749,800 | 0.327% |
| NextEra Energy Operating Partners LP | 4.500% | 09/15/2027 | $ | 1,275,000 | 1,246,708 | 0.109% |
| NextEra Energy Operating Partners LP | 7.250% | 01/15/2029 | $ | 800,000 | 844,143 | 0.074% |
| Noble Finance LLC | 8.000% | 04/15/2030 | $ | 2,000,000 | 2,065,108 | 0.180% |
| Olympus Water U.S. Holding Corp. | 6.250% | 10/01/2029 | $ | 1,335,000 | 1,293,380 | 0.113% |
| Phinia, Inc. | 6.750% | 04/15/2029 | $ | 500,000 | 516,629 | 0.045% |
| Rand Parent LLC | 8.500% | 02/15/2030 | $ | 5,000,000 | 5,104,190 | 0.446% |
| Seadrill Finance Ltd. | 8.375% | 08/01/2030 | $ | 2,950,000 | 3,082,063 | 0.269% |
| Sitio Royalties Operating Partnership LP | 7.875% | 11/01/2028 | $ | 6,000,000 | 6,281,604 | 0.549% |
| Suburban Propane Partners LP | 5.000% | 06/01/2031 | $ | 2,900,000 | 2,706,157 | 0.236% |
| Thames Water Utilities Finance PLC | 4.375% | 01/18/2031 | EUR | 3,900,000 | 3,161,986 | 0.276% |
| Transocean, Inc. | 8.000% | 02/01/2027 | $ | 4,500,000 | 4,500,788 | 0.393% |
| Triton Water Holdings, Inc. | 6.250% | 04/01/2029 | $ | 2,500,000 | 2,499,738 | 0.218% |
| UKG, Inc. | 6.875% | 02/01/2031 | $ | 4,000,000 | 4,136,104 | 0.361% |
| Valaris Ltd. | 8.375% | 04/30/2030 | $ | 6,700,000 | 6,906,889 | 0.603% |
| Vital Energy, Inc. | 7.875% | 04/15/2032 | $ | 6,500,000 | 6,301,425 | 0.550% |
| Vmed O2 U.K. Financing PLC | 7.750% | 04/15/2032 | $ | 4,000,000 | 4,110,920 | 0.359% |
| Weatherford International Ltd. | 8.625% | 04/30/2030 | $ | 3,000,000 | 3,128,240 | 0.273% |
| West China Cement Ltd. | 4.950% | 07/08/2026 | $ | 3,400,000 | 2,625,650 | 0.229% |
| Xerox Holdings Corp. | 8.875% | 11/30/2029 | $ | 1,900,000 | 1,767,182 | 0.154% |
| Yorkshire Water Finance PLC | 5.250% | 04/28/2030 | GBP | 2,000,000 | 2,569,169 | 0.224% |
| ZipRecruiter, Inc. | 5.000% | 01/15/2030 | $ | 4,800,000 | 4,347,847 | 0.380% |
| **UTILITIES** | | | | | | |
| Aethon United BR LP | 7.500% | 10/01/2029 | $ | 5,000,000 | 5,069,798 | 0.443% |
| Anglian Water Services Financing PLC | 6.625% | 01/15/2029 | GBP | 2,000,000 | 2,779,163 | 0.243% |
| Northumbrian Water Finance PLC | 4.500% | 02/14/2031 | GBP | 2,000,000 | 2,496,099 | 0.218% |
| Southern Water Services Finance Ltd. | 1.625% | 03/30/2027 | GBP | 2,200,000 | 2,433,446 | 0.213% |
| Talen Energy Supply LLC | 8.625% | 06/01/2030 | $ | 3,700,000 | 4,035,431 | 0.352% |
| Vistra Operations Co. LLC | 6.875% | 04/15/2032 | $ | 3,000,000 | 3,158,244 | 0.276% |
| Yinson Production Financial Services Pte Ltd. | 9.625% | 05/03/2029 | $ | 3,000,000 | 3,081,868 | 0.269% |
| **MUNICIPAL BONDS & NOTES** | | | | | | |
| **MICHIGAN** | | | | | | |
| Detroit, Michigan General Obligation Bonds, Series 2014 | 4.000% | 04/01/2044 | $ | 500,000 | 399,251 | 0.035% |
| **NON-AGENCY MORTGAGE-BACKED SECURITIES** | | | | | | |
| AG Trust | 7.112% | 07/15/2041 | $ | 500,000 | 501,143 | 0.044% |
| Angel Oak Mortgage Trust | 4.800% | 11/25/2067 | $ | 924,193 | 918,943 | 0.080% |
| APS Resecuritization Trust | 1.443% | 08/28/2054 | $ | 6,681,208 | 1,802,167 | 0.157% |

| Security | Rate | Maturity | | Face | Value | % |
|---|---|---|---|---|---|---|
| Atrium Hotel Portfolio Trust | 8.794% | 06/15/2035 | $ | 4,600,000 | 4,580,270 | 0.400% |
| Bear Stearns ALT-A Trust | 4.302% | 08/25/2036 | $ | 1,187,026 | 796,828 | 0.070% |
| Bear Stearns Mortgage Funding Trust | 5.329% | 10/25/2036 | $ | 14,847,619 | 13,354,551 | 1.166% |
| BX Trust | 7.814% | 05/15/2035 | $ | 5,000,000 | 4,986,722 | 0.435% |
| BX Trust | 8.137% | 01/17/2039 | $ | 3,000,000 | 2,881,415 | 0.252% |
| CIM Trust | 5.400% | 04/25/2062 | $ | 303,420 | 304,348 | 0.027% |
| Citigroup Mortgage Loan Trust | 3.000% | 09/25/2064 | $ | 20,781,308 | 18,897,727 | 1.650% |
| Colony Mortgage Capital Ltd. | 6.711% | 11/15/2038 | $ | 3,115,000 | 2,981,079 | 0.260% |
| Colony Mortgage Capital Ltd. | 7.954% | 11/15/2038 | $ | 2,500,000 | 2,185,309 | 0.191% |
| Countrywide Alternative Loan Trust | 6.000% | 07/25/2037 | $ | 1,011,195 | 608,094 | 0.053% |
| Countrywide Alternative Loan Trust | 6.069% | 02/25/2036 | $ | 1,573,015 | 1,221,081 | 0.107% |
| Credit Suisse Mortgage Capital Mortgage-Backed Trust | 1.115% | 01/25/2060 | $ | 2,768,942 | 2,365,646 | 0.207% |
| Credit Suisse Mortgage Capital Mortgage-Backed Trust | 3.904% | 11/10/2032 | $ | 5,200,000 | 1,037,406 | 0.091% |
| GCAT Trust | 4.250% | 05/25/2067 | $ | 925,370 | 903,006 | 0.079% |
| GS Mortgage Securities Corp. Trust | 6.344% | 07/15/2035 | $ | 998,281 | 755,484 | 0.066% |
| GS Mortgage-Backed Securities Trust | 3.750% | 10/25/2057 | $ | 2,478,586 | 2,433,849 | 0.213% |
| HarborView Mortgage Loan Trust | 5.599% | 03/19/2036 | $ | 19,957,240 | 13,341,780 | 1.165% |
| JP Morgan Chase Commercial Mortgage Securities Trust | 5.693% | 04/15/2037 | $ | 976,280 | 950,527 | 0.083% |
| JP Morgan Chase Commercial Mortgage Securities Trust | 6.744% | 11/15/2035 | $ | 5,000,000 | 4,299,216 | 0.375% |
| JP Morgan Chase Commercial Mortgage Securities Trust | 7.094% | 11/15/2035 | $ | 5,000,000 | 3,942,412 | 0.344% |
| JP Morgan Chase Commercial Mortgage Securities Trust | 8.394% | 02/15/2035 | $ | 1,017,722 | 982,063 | 0.086% |
| MFA Trust | 6.105% | 12/25/2068 | $ | 845,751 | 853,867 | 0.075% |
| Mill City Mortgage Loan Trust | 3.250% | 08/25/2059 | $ | 2,850,000 | 2,508,010 | 0.219% |
| Mill City Mortgage Loan Trust | 3.250% | 10/25/2069 | $ | 9,231,587 | 8,993,400 | 0.785% |
| Mill City Mortgage Loan Trust | 3.750% | 05/25/2058 | $ | 2,596,084 | 2,331,791 | 0.204% |
| Morgan Stanley Mortgage Loan Trust | 6.731% | 08/25/2036 | $ | 2,598,073 | 473,497 | 0.041% |
| Nomura Asset Acceptance Corp. Alternative Loan Trust | 7.010% | 08/25/2036 | $ | 8,128,233 | 2,313,319 | 0.202% |
| OBX Trust | 6.465% | 10/25/2063 | $ | 837,936 | 852,218 | 0.074% |
| OPEN Trust | 8.186% | 10/15/2028 | $ | 443,175 | 448,446 | 0.039% |
| PRKCM Trust | 7.225% | 11/25/2058 | $ | 875,453 | 896,713 | 0.078% |
| PRPM LLC | 4.000% | 11/25/2053 | $ | 429,633 | 420,294 | 0.037% |
| PRPM Trust | 6.221% | 11/25/2068 | $ | 886,121 | 898,119 | 0.078% |
| Residential Accredit Loans, Inc. Trust | 6.000% | 09/25/2036 | $ | 2,541,901 | 2,015,479 | 0.176% |
| Residential Asset Securitization Trust | 5.500% | 09/25/2035 | $ | 5,447,202 | 2,611,268 | 0.229% |
| Residential Asset Securitization Trust | 6.000% | 04/25/2036 | $ | 995,301 | 436,888 | 0.038% |
| Seasoned Credit Risk Transfer Trust | 0.000% | 08/25/2056 | $ | 3,192,677 | 490,929 | 0.043% |
| Seasoned Credit Risk Transfer Trust | 0.075% | 08/25/2056 | $ | 131,213,787 | 439,829 | 0.038% |
| Seasoned Credit Risk Transfer Trust | 1.186% | 08/25/2056 | $ | 33,905,729 | 4,125,666 | 0.360% |
| Seasoned Credit Risk Transfer Trust | 3.813% | 05/25/2057 | $ | 4,917,293 | 2,089,537 | 0.183% |
| Seasoned Credit Risk Transfer Trust | 4.155% | 10/25/2058 | $ | 12,080,811 | 5,246,195 | 0.458% |
| Seasoned Credit Risk Transfer Trust | 4.357% | 05/25/2064 | $ | 10,444,545 | 5,170,509 | 0.452% |
| Seasoned Credit Risk Transfer Trust | 4.916% | 02/25/2059 | $ | 2,526,672 | 1,118,685 | 0.098% |
| Seasoned Credit Risk Transfer Trust | 5.409% | 08/25/2059 | $ | 10,219,443 | 4,699,135 | 0.410% |
| SMRT Commercial Mortgage Trust | 6.097% | 01/15/2039 | $ | 500,000 | 496,010 | 0.043% |
| Towd Point Mortgage Trust | 3.000% | 06/25/2058 | $ | 1,784,494 | 1,695,001 | 0.148% |
| Towd Point Mortgage Trust | 3.500% | 03/25/2058 | $ | 13,500,000 | 12,972,327 | 1.133% |
| Towd Point Mortgage Trust | 4.106% | 04/25/2056 | $ | 3,460,000 | 3,402,562 | 0.297% |
| Verus Securitization Trust | 6.259% | 12/25/2068 | $ | 839,492 | 853,665 | 0.075% |
| Verus Securitization Trust | 6.876% | 11/25/2068 | $ | 895,248 | 918,130 | 0.080% |
| **ASSET-BACKED SECURITIES** | | | | | | |
| Aames Mortgage Investment Trust | 7.669% | 01/25/2035 | $ | 3,500,000 | 2,607,137 | 0.228% |
| ACE Securities Corp. Home Equity Loan Trust | 5.269% | 07/25/2037 | $ | 2,163,142 | 765,996 | 0.067% |
| ACE Securities Corp. Home Equity Loan Trust | 5.369% | 12/25/2036 | $ | 17,519,914 | 4,620,392 | 0.404% |
| ACE Securities Corp. Home Equity Loan Trust | 5.729% | 03/25/2037 | $ | 1,575,513 | 646,491 | 0.057% |
| Apex Credit CLO Ltd. | 0.000% | 10/20/2034 | $ | 5,100,000 | 2,959,191 | 0.258% |
| Centex Home Equity Loan Trust | 5.524% | 06/25/2036 | $ | 17,000,000 | 14,940,836 | 1.305% |

| Issuer | Rate | Maturity | | Face | Value | % |
|---|---|---|---|---|---|---|
| Centex Home Equity Loan Trust | 5.899% | 09/25/2034 | $ | 458,808 | 453,578 | 0.040% |
| CIT Mortgage Loan Trust | 6.719% | 10/25/2037 | $ | 15,000,000 | 14,574,252 | 1.273% |
| Citigroup Mortgage Loan Trust Asset-Backed Pass-Through Certificates | 6.589% | 10/25/2034 | $ | 1,894,037 | 1,454,115 | 0.127% |
| College Avenue Student Loans LLC | 0.010% | 06/25/2054 | $ | 5,009 | 2,289,478 | 0.200% |
| College Avenue Student Loans LLC | 6.610% | 06/25/2054 | $ | 626,000 | 649,663 | 0.057% |
| College Avenue Student Loans LLC | 8.660% | 06/25/2054 | $ | 902,000 | 955,579 | 0.083% |
| Countrywide Asset-Backed Certificates Trust | 3.392% | 04/25/2036 | $ | 7,200,000 | 6,117,668 | 0.534% |
| Countrywide Asset-Backed Certificates Trust | 5.993% | 02/25/2036 | $ | 611,895 | 592,905 | 0.052% |
| Credit-Based Asset Servicing & Securitization LLC | 2.832% | 01/25/2036 | $ | 19,215 | 16,399 | 0.001% |
| Credit-Based Asset Servicing & Securitization Trust | 5.249% | 10/25/2036 | $ | 7,801,369 | 7,081,511 | 0.618% |
| First Franklin Mortgage Loan Trust | 5.209% | 10/25/2036 | $ | 11,554,848 | 7,583,456 | 0.662% |
| First Franklin Mortgage Loan Trust | 5.449% | 05/25/2036 | $ | 1,500,000 | 1,282,046 | 0.112% |
| First Franklin Mortgage Loan Trust | 7.115% | 10/25/2033 | $ | 2,520,633 | 2,463,382 | 0.215% |
| First Franklin Mortgage Loan Trust | 7.294% | 05/25/2034 | $ | 195,514 | 174,719 | 0.015% |
| GSAA Home Equity Trust | 4.225% | 03/25/2036 | $ | 5,062,571 | 3,090,799 | 0.270% |
| GSAA Home Equity Trust | 5.049% | 03/25/2037 | $ | 8,534,094 | 1,573,347 | 0.137% |
| GSAA Home Equity Trust | 5.329% | 12/25/2046 | $ | 12,947,623 | 3,981,254 | 0.348% |
| GSAA Home Equity Trust | 5.429% | 12/25/2046 | $ | 2,264,599 | 923,145 | 0.081% |
| GSAA Home Equity Trust | 5.589% | 12/25/2035 | $ | 4,907,972 | 4,731,314 | 0.413% |
| GSAA Home Equity Trust | 5.689% | 12/25/2035 | $ | 734,190 | 654,645 | 0.057% |
| GSAMP Trust | 5.289% | 04/25/2036 | $ | 13,450,672 | 10,041,794 | 0.877% |
| GSAMP Trust | 5.539% | 02/25/2036 | $ | 9,041,233 | 9,075,711 | 0.793% |
| Home Equity Asset Trust | 5.449% | 08/25/2036 | $ | 3,397,543 | 3,359,634 | 0.293% |
| HSI Asset Securitization Corp. Trust | 5.169% | 04/25/2037 | $ | 112,822 | 76,626 | 0.007% |
| JP Morgan Mortgage Acquisition Trust | 5.099% | 12/25/2036 | $ | 5,328,807 | 3,340,315 | 0.292% |
| JP Morgan Mortgage Acquisition Trust | 5.329% | 08/25/2036 | $ | 3,548,890 | 2,283,911 | 0.199% |
| JP Morgan Mortgage Acquisition Trust | 5.537% | 10/25/2036 | $ | 2,049,716 | 1,249,001 | 0.109% |
| JP Morgan Mortgage Acquisition Trust | 6.080% | 08/25/2036 | $ | 1,207,868 | 743,295 | 0.065% |
| JP Morgan Mortgage Acquisition Trust | 6.364% | 07/25/2036 | $ | 5,000,000 | 4,239,870 | 0.370% |
| Long Beach Mortgage Loan Trust | 5.469% | 07/25/2036 | $ | 1,658,275 | 658,987 | 0.058% |
| Long Beach Mortgage Loan Trust | 5.619% | 09/25/2034 | $ | 1,094,272 | 1,077,544 | 0.094% |
| Merrill Lynch Mortgage Investors Trust | 6.844% | 04/25/2035 | $ | 1,540,143 | 1,467,704 | 0.128% |
| MF1 LLC | 6.702% | 03/19/2039 | $ | 9,000,000 | 9,007,290 | 0.787% |
| Morgan Stanley ABS Capital, Inc. Trust | 5.089% | 09/25/2036 | $ | 787,139 | 272,315 | 0.024% |
| Morgan Stanley ABS Capital, Inc. Trust | 6.844% | 11/25/2034 | $ | 1,741,138 | 1,532,441 | 0.134% |
| New Century Home Equity Loan Trust | 6.049% | 01/25/2034 | $ | 518,182 | 525,252 | 0.046% |
| NovaStar Mortgage Funding Trust | 5.469% | 09/25/2036 | $ | 4,957,016 | 2,070,604 | 0.181% |
| Park Place Securities, Inc. Asset-Backed Pass-Through Certificates | 5.929% | 08/25/2035 | $ | 5,619,000 | 4,701,220 | 0.411% |
| Park Place Securities, Inc. Asset-Backed Pass-Through Certificates | 6.919% | 02/25/2035 | $ | 669,732 | 553,569 | 0.048% |
| PFP Ltd. | 6.915% | 09/17/2039 | $ | 500,000 | 502,315 | 0.044% |
| Residential Asset Mortgage Products Trust | 5.701% | 01/25/2034 | $ | 3,643,994 | 3,747,266 | 0.327% |
| Residential Asset Securities Corp. Trust | 5.269% | 09/25/2036 | $ | 8,650,000 | 7,908,817 | 0.691% |
| Residential Asset Securities Corp. Trust | 5.764% | 02/25/2036 | $ | 4,041,444 | 3,307,163 | 0.289% |
| Saxon Asset Securities Trust | 5.869% | 12/26/2034 | $ | 1,767,125 | 1,704,999 | 0.149% |
| Securitized Asset-Backed Receivables LLC Trust | 5.409% | 04/25/2037 | $ | 1,560,898 | 1,040,059 | 0.091% |
| Soundview Home Loan Trust | 5.149% | 08/25/2037 | $ | 2,638,788 | 2,562,084 | 0.224% |
| Soundview Home Loan Trust | 5.449% | 11/25/2036 | $ | 7,363,310 | 2,071,929 | 0.181% |
| Soundview Home Loan Trust | 5.469% | 11/25/2036 | $ | 277,844 | 261,833 | 0.023% |
| Soundview Home Loan Trust | 5.919% | 10/25/2037 | $ | 6,719,640 | 5,154,012 | 0.450% |
| Structured Asset Securities Corp. Mortgage Loan Trust | 5.289% | 10/25/2036 | $ | 4,054,614 | 3,499,309 | 0.306% |
| Structured Asset Securities Corp. Mortgage Loan Trust | 5.674% | 02/25/2035 | $ | 1,117,093 | 1,028,974 | 0.090% |
| Structured Asset Securities Corp. Mortgage Loan Trust | 6.769% | 05/25/2035 | $ | 1,004,246 | 825,492 | 0.072% |
| Structured Asset Securities Corp. Mortgage Loan Trust | 7.219% | 04/25/2031 | $ | 2,772,000 | 2,752,382 | 0.240% |
| Structured Asset Securities Corp. Mortgage Loan Trust | 8.344% | 11/25/2035 | $ | 8,309,056 | 7,591,421 | 0.663% |
| Wells Fargo Home Equity Asset-Backed Securities Trust | 9.469% | 10/25/2034 | $ | 1,706,927 | 1,757,539 | 0.154% |

**SOVEREIGN ISSUES**

| Security | Rate | Date | Currency | Principal/Shares | Value | % |
|---|---|---|---|---|---|---|
| Colombia Government International Bond | 8.000% | 11/14/2035 | $ | 1,900,000 | 2,029,815 | 0.177% |
| Colombia Government International Bond | 8.750% | 11/14/2053 | $ | 2,500,000 | 2,748,030 | 0.240% |
| Romania Government International Bond | 5.375% | 03/22/2031 | EUR | 2,500,000 | 2,854,366 | 0.249% |
| Romania Government International Bond | 5.625% | 02/22/2036 | EUR | 2,500,000 | 2,767,150 | 0.242% |
| Turkey Government International Bond | 51.594% | 05/20/2026 | TRY | 46,200,000 | 1,363,135 | 0.119% |
| Turkey Government International Bond | 51.594% | 05/17/2028 | TRY | 4,500,000 | 130,799 | 0.011% |
| **COMMON STOCKS** | | | | | | |
| *ENERGY* | | | | | | |
| Enbridge, Inc. | | | | 713,200 | 28,972,020 | 2.530% |
| Kinder Morgan, Inc. | | | | 1,601,000 | 35,366,090 | 3.088% |
| TC Energy Corp. | | | | 768,200 | 36,517,119 | 3.189% |
| Venture Global Holdings 'A' | | | | 3,473 | 217,034,716 | 18.952% |
| Williams Cos., Inc. | | | | 648,300 | 29,594,895 | 2.584% |
| *FINANCIALS* | | | | | | |
| Intelsat Emergence SA | | | | 21,303 | 632,843 | 0.055% |
| *HEALTH CARE* | | | | | | |
| Bayer AG | | | | 193,100 | 6,518,333 | 0.569% |
| **MASTER LIMITED PARTNERSHIPS** | | | | | | |
| *ENERGY* | | | | | | |
| Plains All American Pipeline LP | | | | 492,030 | 8,546,561 | 0.746% |
| Western Midstream Partners LP | | | | 654,978 | 25,059,458 | 2.188% |
| Energy Transfer LP | | | | 4,083,599 | 65,541,764 | 5.723% |
| Enterprise Products Partners LP | | | | 1,869,787 | 54,429,500 | 4.753% |
| MPLX LP | | | | 1,312,600 | 58,358,196 | 5.096% |
| **SHORT-TERM INSTRUMENTS** | | | | | | |
| *REPURCHASE AGREEMENTS* | | | | | | |
| BofA Securities, Inc. | 4.950% | 10/01/2024 | $ | 8,200,000 | 8,200,000 | 0.716% |
| *U.S. TREASURY BILLS* | | | | | | |
| | 4.600% | 12/19/2024 | $ | 143,000 | 141,588 | 0.012% |
| **INVESTMENTS IN AFFILIATES** | | | | | | |
| **SHORT-TERM INSTRUMENTS** | | | | | | |
| *CENTRAL FUNDS USED FOR CASH MANAGEMENT PURPOSES* | | | | | | |
| PIMCO Short-Term Floating NAV Portfolio III | | | | 11,430,313 | 111,296,961 | 9.719% |
| **BORROWINGS AND OTHER FINANCING TRANSACTIONS** | | | | | | |
| *REVERSE REPURCHASE AGREEMENTS* | | | | | | |
| BofA Securities, Inc. | 5.050% | 10/18/2024 | $ | (3,282,310) | (3,287,375) | (0.287%) |
| BNP Paribas SA | 3.920% | 11/04/2024 | EUR | (2,733,766) | (3,052,349) | (0.267%) |
| Bank of Nova Scotia London | 5.320% | 11/13/2024 | $ | (18,493,875) | (18,632,523) | (1.627%) |
| Bank of Nova Scotia London | 5.360% | 01/09/2025 | $ | (2,457,306) | (2,465,850) | (0.215%) |
| Canadian Imperial Bank of Commerce | 5.440% | 12/10/2024 | $ | (25,851,315) | (25,940,890) | (2.265%) |
| Deutsche Bank Securities, Inc. | -1.500% | TBD | $ | (1,668,086) | (1,667,321) | (0.146%) |
| Deutsche Bank Securities, Inc. | 5.650% | 11/01/2024 | $ | (3,872,185) | (3,909,256) | (0.341%) |
| Deutsche Bank Securities, Inc. | 5.800% | 11/01/2024 | $ | (23,064,679) | (23,291,353) | (2.034%) |
| Deutsche Bank Securities, Inc. | 5.800% | 11/01/2024 | $ | (2,841,444) | (2,844,191) | (0.248%) |
| Deutsche Bank Securities, Inc. | 5.820% | 11/26/2024 | $ | (301,903) | (307,955) | (0.027%) |
| Deutsche Bank Securities, Inc. | 5.850% | 10/10/2024 | $ | (38,181,739) | (38,696,715) | (3.380%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.360% | 12/17/2024 | $ | (2,900,325) | (2,905,939) | (0.254%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.380% | 12/17/2024 | $ | (5,881,736) | (5,893,163) | (0.515%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.390% | 12/17/2024 | $ | (6,252,567) | (6,264,737) | (0.547%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.410% | 12/17/2024 | $ | (7,204,652) | (7,218,728) | (0.630%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.420% | 12/17/2024 | $ | (1,807,228) | (1,810,765) | (0.158%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.450% | 12/16/2024 | $ | (18,792,646) | (18,832,477) | (1.645%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.460% | 12/17/2024 | $ | (1,354,070) | (1,356,740) | (0.119%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.590% | 12/19/2024 | $ | (1,237,447) | (1,239,753) | (0.108%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.620% | 12/02/2024 | $ | (1,820,522) | (1,828,479) | (0.160%) |

| Counterparty | Rate | Date | Currency | Notional | Value | % |
|---|---|---|---|---|---|---|
| Crédit Agricole Corporate and Investment Bank SA | 5.640% | 12/19/2024 | $ | (1,258,583) | (1,260,949) | (0.110%) |
| Crédit Agricole Corporate and Investment Bank SA | 5.690% | 12/19/2024 | $ | (2,366,214) | (2,370,701) | (0.207%) |
| HSBC Bank PLC | 3.695% | 12/03/2024 | EUR | (4,646,500) | (5,187,684) | (0.453%) |
| HSBC Bank PLC | 3.815% | 11/04/2024 | EUR | (2,132,487) | (2,381,082) | (0.208%) |
| RBC (Barbados) Trading Bank Corp. | 5.855% | 02/21/2025 | $ | (28,765,617) | (28,972,082) | (2.530%) |
| Societe Generale, Paris | 5.260% | 12/18/2024 | $ | (5,344,158) | (5,354,309) | (0.468%) |
| Societe Generale, Paris | 5.370% | 12/18/2024 | $ | (20,905,822) | (20,946,362) | (1.830%) |
| Societe Generale, Paris | 5.560% | 12/03/2024 | $ | (4,133,630) | (4,151,505) | (0.362%) |
| Societe Generale, Paris | 5.870% | 10/09/2024 | $ | (701,545) | (714,242) | (0.062%) |
| Societe Generale, Paris | 5.870% | 10/08/2024 | $ | (14,385,429) | (14,584,807) | (1.274%) |
| Societe Generale, Paris | 5.870% | 10/08/2024 | $ | (965,840) | (972,454) | (0.085%) |
| Societe Generale, Paris | 5.890% | 03/26/2025 | $ | (56,621,588) | (56,667,908) | (4.947%) |
| TD Securities (USA) LLC | 3.000% | TBD | $ | (3,034,904) | (3,037,686) | (0.265%) |
| TD Securities (USA) LLC | 5.000% | TBD | $ | (10,104,559) | (10,119,996) | (0.884%) |
| Wells Fargo Bank | 5.780% | 12/12/2024 | $ | (18,861,265) | (18,918,802) | (1.652%) |

**EXCHANGE TRADED OR CENTRALLY CLEARED FINANCIAL DERIVATIVE INSTRUMENTS**

**FUTURES CONTRACTS**

*LONG FUTURES*

| | | Expiration | | Contracts | Value | % |
|---|---|---|---|---|---|---|
| California Carbon Allowance December Futures | | 12/2024 | | 208 | 519,066 | 0.045% |
| California Carbon Allowance December Futures | | 12/2025 | | 1,076 | 506,458 | 0.044% |

**CENTRALLY CLEARED SWAP AGREEMENTS**

*INTEREST RATE SWAPS - PAY/RECEIVE FLOATING RATE INDEX*

| | Rate | Maturity | | Notional | Value | % |
|---|---|---|---|---|---|---|
| Pay 1-Day USD-SOFR Compounded-OIS | 3.750% | 06/20/2034 | $ | 100,000 | 3,991 | 0.000% |

**OTC FINANCIAL DERIVATIVE INSTRUMENTS**

**OTC SWAP AGREEMENTS**

*TOTAL RETURN SWAPS ON INDEXES*

| | Maturity | | Notional | Value | % |
|---|---|---|---|---|---|
| Receive AMZX Index/Pay 5.360% (1-Month USD-LIBOR plus a specified spread) | 01/08/2025 | $ | 50,002,495 | 4,135,914 | 0.361% |
| Receive Alerian MLP Total Return Index/Pay 5.420% (1-Month USD-LIBOR plus a specified spread) | 09/24/2025 | $ | 1,695,232 | 22,917 | 0.002% |
| Receive Alerian Midstream Energy Total Return Index/Pay 5.510% (1-Month USD-LIBOR plus a specified spread) | 11/06/2024 | $ | 6,432,010 | 1,074,047 | 0.094% |
| Receive Alerian Midstream Energy Total Return Index/Pay 5.600% (1-Month USD-LIBOR plus a specified spread) | 11/06/2024 | $ | 9,884,542 | 18,322 | 0.002% |
| Receive AMZX Index/Pay 5.380% (1-Month USD-LIBOR plus a specified spread) | 01/22/2025 | $ | 22,680,502 | 3,757,205 | 0.328% |
| Receive Alerian Midstream Energy Total Return Index/Pay 4.860% (1-Month USD-LIBOR plus a specified spread) | 01/22/2025 | $ | 18,180,121 | 4,568,254 | 0.399% |
| Receive Alerian Midstream Energy Total Return Index/Pay 5.280% (1-Month USD-LIBOR plus a specified spread) | 01/22/2025 | $ | 4,401,095 | 700,286 | 0.061% |

*TOTAL RETURN SWAPS ON SECURITIES - PAY/RECEIVE UNDERLYING REFERENCE - PAY/RECEIVE FINANCING RATE*

| | Maturity | | Notional | Value | % |
|---|---|---|---|---|---|
| Receive Plains All American Pipeline LP/Pay 5.330% (1-Month USD-LIBOR plus a specified spread) | 11/13/2024 | $ | 3,049,800 | (109,790) | (0.010%) |
| Receive Plains All American Pipeline LP/Pay 5.360% (1-Month USD-LIBOR plus a specified spread) | 11/06/2024 | $ | 11,084,200 | 538,315 | 0.047% |
| Receive Western Gas Partners LP/Pay 5.360% (1-Month USD-LIBOR plus a specified spread) | 11/06/2024 | $ | 11,340,600 | 3,690,474 | 0.322% |
| Receive Energy Transfer LP/Pay 5.430% (1-Month USD-LIBOR plus a specified spread) | 03/19/2025 | $ | 13,932,849 | 613,408 | 0.054% |
| Receive Enterprise Products Partners LP/Pay 5.430% (1-Month USD-LIBOR plus a specified spread) | 03/19/2025 | $ | 10,996,740 | 184,557 | 0.016% |
| Receive MPLX LP/Pay 5.430% (1-Month USD-LIBOR plus a specified spread) | 03/19/2025 | $ | 15,896,160 | 1,258,686 | 0.110% |
| Receive Plains All American Pipeline LP/Pay 5.430% (1-Month USD-LIBOR plus a specified spread) | 03/19/2025 | $ | 4,526,480 | 66,407 | 0.006% |
| Receive Western Gas Partners LP/Pay 5.430% (1-Month USD-LIBOR plus a specified spread) | 03/19/2025 | $ | 3,543,887 | 818,443 | 0.072% |
| Receive AIA Group Ltd./Pay 4.660% (1-Month USD-LIBOR plus a specified spread) | 02/04/2026 | EUR | 510,900 | (18,398) | (0.002%) |

| | SETTLEMENT MONTH | CURRENCY TO BE DELIVERED | CURRENCY TO BE RECEIVED | |
|---|---|---|---|---|

**FORWARD FOREIGN CURRENCY CONTRACTS**

| Description | Maturity | Curr. | Amount | Curr. | Amount | Unrealized | % |
|---|---|---|---|---|---|---|---|
| Bought USD / Sold HKD | 10/2024 | HKD | 6,825,865 | $ | 876,659 | (1,542) | 0.000% |
| Bought USD / Sold EUR | 10/2024 | EUR | 3,205,000 | $ | 3,556,976 | (10,668) | (0.001%) |
| Bought USD / Sold HKD | 10/2024 | HKD | 24,286,333 | $ | 3,118,028 | (6,599) | (0.001%) |
| Bought DKK / Sold USD | 10/2024 | $ | 751,018 | DKK | 5,022,304 | (1,034) | 0.000% |
| Bought EUR / Sold USD | 10/2024 | $ | 10,537,805 | EUR | 9,513,000 | 51,585 | 0.005% |
| Bought USD / Sold DKK | 11/2024 | DKK | 5,013,657 | $ | 751,018 | 1,026 | 0.000% |
| Bought MXN / Sold USD | 12/2024 | $ | 1,789,775 | MXN | 36,065,935 | 22,428 | 0.002% |
| Bought USD / Sold GBP | 10/2024 | GBP | 7,995,000 | $ | 10,547,364 | (141,553) | (0.012%) |
| Bought TRY / Sold USD | 10/2024 | $ | 6,728,624 | TRY | 237,348,841 | 51,358 | 0.005% |
| Bought TRY / Sold USD | 11/2024 | $ | 198,569 | TRY | 7,441,581 | 7,662 | 0.001% |
| Bought USD / Sold TRY | 01/2025 | TRY | 5,647,804 | $ | 148,392 | (680) | 0.000% |
| Bought DKK / Sold USD | 10/2024 | $ | 149,532 | DKK | 998,617 | (408) | 0.000% |
| Bought USD / Sold DKK | 11/2024 | DKK | 996,896 | $ | 149,532 | 407 | 0.000% |
| Bought BRL / Sold USD | 11/2024 | $ | 9,109,595 | BRL | 51,150,378 | 245,242 | 0.021% |
| Bought MXN / Sold USD | 02/2025 | $ | 4,845,513 | MXN | 98,031,994 | 32,385 | 0.003% |
| Bought USD / Sold EUR | 10/2024 | EUR | 3,125,728 | $ | 3,495,273 | 15,871 | 0.001% |
| Bought EUR / Sold USD | 10/2024 | $ | 37,854,220 | EUR | 33,852,000 | (171,887) | (0.015%) |
| Bought USD / Sold EUR | 11/2024 | EUR | 33,852,000 | $ | 37,906,116 | 171,954 | 0.015% |
| Bought EUR / Sold USD | 11/2024 | $ | 3,500,065 | EUR | 3,125,728 | (15,877) | (0.001%) |
| Bought USD / Sold CAD | 10/2024 | CAD | 31,063,000 | $ | 22,991,206 | 22,778 | 0.002% |
| Bought EUR / Sold USD | 10/2024 | $ | 3,018,422 | EUR | 2,710,776 | (923) | 0.000% |
| Bought MXN / Sold USD | 02/2025 | $ | 2,182,617 | MXN | 44,437,864 | 29,214 | 0.003% |
| Bought USD / Sold DKK | 10/2024 | DKK | 18,199,161 | $ | 2,714,256 | (3,436) | (0.001%) |
| Bought DKK / Sold USD | 10/2024 | $ | 1,572,347 | DKK | 10,485,420 | (6,552) | (0.001%) |
| Bought USD / Sold DKK | 11/2024 | DKK | 10,467,230 | $ | 1,572,347 | 6,557 | 0.001% |
| Bought TRY / Sold USD | 11/2024 | $ | 11,295,162 | TRY | 425,940,540 | 453,869 | 0.040% |
| Bought TRY / Sold USD | 12/2024 | $ | 2,865,469 | TRY | 107,985,187 | 37,279 | 0.003% |
| Bought CAD / Sold USD | 10/2024 | $ | 70,206,977 | CAD | 94,326,254 | (460,793) | (0.040%) |
| Bought GBP / Sold USD | 10/2024 | $ | 10,693,313 | GBP | 7,995,000 | (4,395) | 0.000% |
| Bought USD / Sold CAD | 11/2024 | CAD | 94,250,431 | $ | 70,206,977 | 461,472 | 0.040% |
| Bought USD / Sold GBP | 11/2024 | GBP | 7,995,000 | $ | 10,692,881 | 4,132 | 0.000% |
| Bought USD / Sold DKK | 10/2024 | DKK | 8,250,729 | $ | 1,229,426 | (2,660) | 0.000% |
| Bought USD / Sold EUR | 10/2024 | EUR | 40,160,000 | $ | 44,757,878 | 53,798 | 0.005% |
| Bought DKK / Sold USD | 10/2024 | $ | 1,480,652 | DKK | 9,906,949 | (1,241) | 0.000% |
| Bought USD / Sold DKK | 11/2024 | DKK | 9,889,886 | $ | 1,480,652 | 1,227 | 0.000% |
| Bought USD / Sold CAD | 10/2024 | CAD | 7,245,000 | $ | 5,326,145 | (30,912) | (0.003%) |
| Bought USD / Sold EUR | 10/2024 | EUR | 813,272 | $ | 907,109 | 1,816 | 0.000% |
| Bought EUR / Sold USD | 11/2024 | $ | 908,344 | EUR | 813,272 | (1,806) | 0.000% |
| Bought EUR / Sold USD | 10/2024 | $ | 1,364,785 | EUR | 1,228,224 | 2,411 | 0.000% |
| Bought USD / Sold CAD | 10/2024 | CAD | 55,951,888 | $ | 41,570,462 | 198,834 | 0.017% |
| Bought MXN / Sold USD | 12/2024 | $ | 7,830 | MXN | 153,118 | (144) | 0.000% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Investments | | | | | | $ 1,188,684,965 | 103.808% |
| Other Assets and Liabilities (Net) | | | | | | (43,478,570) | (3.808%) |
| Net Assets | | | | | | $ 1,145,206,395 | 100.000% |

**A word about risk**: **All investments** contain risk and may lose value. Investing in the **bond market** is subject to certain risks including market, interest-rate, issuer, credit, and inflation risk; investments may be worth more or less than the original cost when redeemed. Investing in foreign denominated and/or **domiciled** securities may involve heightened risk due to currency fluctuations, and economic and political risks, which may be enhanced in emerging markets. Mortgage **and asset-backed securities** may be sensitive to changes in interest rates, subject to early repayment risk, and their value may fluctuate in response to the market's perception of issuer creditworthiness; while generally supported by some form of government or private guarantee there is no assurance that private guarantors will meet their obligations. **Derivatives** may involve certain costs and risks such as liquidity, interest rate, market, credit, management and the risk that a position could not be closed when most advantageous. Investing in derivatives could lose more than the amount **invested. Please refer to the Fund's prospectus** for a complete overview of the primary risks associated with the Fund.

The value of most bond funds and fixed income securities are impacted by changes in interest rates. Bonds and bond funds with longer durations tend to be more sensitive and more volatile than securities with shorter durations; bond prices generally fall as interest rates rise. Additional risk factors can be found in the prospectus.

Holdings are subject to change without notice and may not be representative of current or future allocations.

The geographical classification of foreign securities in this report are classified by the country of incorporation of a holding. In certain instances, a security's country of incorporation may be different from its country of economic exposure.

PIMCO as a general matter provides services to qualified institutions, financial intermediaries and institutional investors. Individual investors should contact their own financial professional to determine the most appropriate investment options for their financial situation. This material has been distributed for informational purposes only and should not be considered as investment advice or a recommendation of any particular security, strategy or investment product. No part of this material may be reproduced in any form, or referred to in any other publication, without express written permission. PIMCO is a trademark of Allianz Asset Management LLC in the United States and throughout the world. ©2024, PIMCO.

**PIMCO Investments LLC**, distributor, 1633 Broadway, New York, NY 10019, is a company of PIMCO.