IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JESSICA WICKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24-cv-1869 (LMB/WEF) |
| ) | |
| VENTURE GLOBAL LNG, INC. n/k/a ) | |
| VENTURE GLOBAL HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

The parties are currently scheduled to appear before the Court for a hearing on defendant's Motion to Compel Arbitration [Dkt. No. 14] and Motions to Dismiss [Dkt. No. 16], [Dkt. No. 18] on Friday, December 20, 2024. Because of the Court's calendar, the hearing must be moved. Accordingly, it is hereby

ORDERED that the Clerk reset the Motions hearings to Thursday, December 19, 2024 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 27 day of November, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge