IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JESSICA WICKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24-cv-1869 (LMB/WEF) |
| ) | |
| VENTURE GLOBAL LNG, INC. n/k/a ) | |
| VENTURE GLOBAL HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are defendant Venture Global LNG, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction, Motion to Compel Arbitration, and Motion to Dismiss for Failure to State a Claim. For the reasons stated in open court, the Motion to Dismiss for Lack of Subject Matter Jurisdiction [Dkt. No. 18] be and is DENIED WITHOUT PREJUDICE; and it is hereby

ORDERED that the Motion to Compel Arbitration [Dkt. No. 14] be and is DENIED; and it is further

ORDERED that the Motion to Dismiss for Failure to State a Claim [Dkt. No 16] be and is GRANTED IN PART and DENIED IN PART; and it is accordingly

ORDERED that the Third Cause of Action (Wrongful Termination/Retaliation) be and is DISMISSED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19 day of December, 2024.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge