UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JESSICA WICKETT,

        Plaintiff,

    v.

VENTURE GLOBAL LNG, INC., n/k/a
VENTURE GLOBAL HOLDINGS, INC.,

        Defendant,

Case No. 1:24-cv-01869-LMB-WEF

## NOTICE OF APPEAL BY DEFENDANT VENTURE GLOBAL LNG, INC.

NOTICE IS HEREBY GIVEN that Defendant Venture Global LNG, Inc. hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's December 19, 2024, Order denying its Motion to Compel Arbitration and Dismiss Ms. Wickett's Claims (or, in the Alternative, to Stay Proceedings) (ECF No. 35).

Appellate jurisdiction over the order denying the motion to compel arbitration is provided by 9 U.S.C. § 16(a)(1)(A)–(B).

Defendant's filing of this notice of appeal "automatically divests the district court of jurisdiction over the underlying claims and requires a stay of the action." *Levin v. Alms & Assocs., Inc.*, 634 F.3d 260, 266 (4th Cir. 2011); *see also Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023) (holding that a district court must stay its proceedings pending the interlocutory appeal of its denial of a motion to compel arbitration).

Dated:  December 19, 2024

Respectfully submitted,

  */s/ Ryan Scarborough*
Ryan Scarborough (VSB No. 43170)
M. Elaine Horn (*pro hac vice*)

Emily Renshaw Pistilli (*pro hac vice*)
Nicole E. Ratelle (*pro hac vice*)

WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
rscarborough@wc.com
ehorn@wc.com
epistilli@wc.com
nratelle@wc.com

*Counsel for Venture Global LNG, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing to the

following:

Gerry Silver
Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019
212-660-3096
Email: gsilver@sullivanlaw.com

Michael T. Dyson
Sullivan & Worcester LLP
1666 K Street, N.W.
Washington, DC 20006
202-775-1200
Email: mdyson@sullivanlaw.com

Jana Moser
Moser Legal, PC
520 Broadway, Suite 200
Santa Monica, CA 90401
310-295-1724
Email: jana@moserlegal.com

*Counsel for Plaintiffs*

   */s/ Ryan Scarborough*
Ryan Scarborough (VSB No. 43170)
M. Elaine Horn (*pro hac vice*)
Emily Renshaw Pistilli (*pro hac vice*)
Nicole E. Ratelle (*pro hac vice*)
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
rscarborough@wc.com
ehorn@wc.com
epistilli@wc.com
nratelle@wc.com

*Counsel for Venture Global LNG, Inc.*