IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRA DIVISION

JESSICA WICKETT,

       Plaintiff,

  v.

VENTURE GLOBAL LNG, INC., n/k/a
VENTURE GLOBAL HOLDINGS, INC.,

       Defendant.

Case No. 1:24-cv-01869-LMB-WEF

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of Plaintiff Jessica Wickett against Defendants Venture Global LNG, Inc. and Venture Global Holdings, Inc. be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully submitted,

SULLIVAN & WORCESTER LLP

By: _____
    Michael T. Dyson (VA Bar No. 40962)
1666 K Street, NW
Washington, D.C. 20006
Telephone: (202) 775-1217
mdyson@sullivanlaw.com

Gerry Silver, Esq. (admitted *pro hac vice*)
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3096
gsilver@sullivanlaw.com

*Counsel for Plaintiff Jessica Wickett*

Dated: July 22, 2025

WILLIAMS & CONNOLLY

By: _____
    Ryan Scarborough (VA Bar No. 43170)
    M. Elaine Horn (admitted *pro hac vice*)
    Nicole Ratelle (admitted *pro hac vice*)

680 Main Avenue SW
Washington, D.C. 20006
Telephone: (202) 434-5000
rscarborough@wc.com
ehorn@wc.com

*Counsel for Venture Global LNG, Inc., and Venture Global Holdings, Inc.*

Dated: July 25, 2025

So Ordered

/s/ _____
Leonie M. Brinkema    7/28/25
United States District Judge